## Exhibit A to the Complaint

**Location:** Maywood, NJ  
**Total Works Infringed:** 25  
**IP Address:** 74.102.72.115  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: D1A196C7995DA5F4967A62D6E4A86C1FA1C04B85<br>File Hash:<br>686831A499338A02B1697A2C1A55A887EC35990BC65A29EB8CCD616320BA0000 | 11/03/2024 01:33:55 | Blacked Raw | 10/24/2019 | 11/05/2019 | PA0002210293 |
| 2 | Info Hash: C5575641F9885C6E35D0C8B31ACB226551423597<br>File Hash:<br>F9A28D3FA1F8DC128EE3A609A4D3073CC8BA31D809D27C5E74024796699BDB9B | 11/03/2024 01:33:54 | Tushy | 07/20/2018 | 09/05/2018 | PA0002134598 |
| 3 | Info Hash: C42EE371002AEEA77C5452EDB31E0132A3D47B6E<br>File Hash:<br>8F86F2EA5E22176E3351BBF65BE24B9C737E9DF52772F1B0CFF2916A66F40C20 | 11/03/2024 01:33:51 | Blacked Raw | 12/13/2021 | 01/17/2022 | PA0002330111 |
| 4 | Info Hash: 2C5D449EC8953D17E08CE8523DAF8CCA40FF743E<br>File Hash:<br>03013441D342061414924FC224867EAB52999C3CE24AF5ED4BC6F2068F6428A3 | 08/18/2024 16:58:25 | Blacked Raw | 07/08/2024 | 07/15/2024 | PA0002480635 |
| 5 | Info Hash: 7775519E7282FE35DC041F7A51B6898A3B92A9AD<br>File Hash:<br>DCD8D831832D4341B3D0B19F828DF88FC57E86DE6C0EEE5136BC32F22DE02F0D | 08/18/2024 16:58:18 | Blacked | 05/08/2024 | 06/18/2024 | PA0002476746 |
| 6 | Info Hash: BB6161A8BCF128F35BA640BDE9666899C65323BA<br>File Hash:<br>5276BBEB4167FDD4F47038C454B4886E211CA6FDB67795BE5BCF150D6D1C49ED | 06/12/2024 00:46:38 | Blacked | 11/18/2023 | 12/11/2023 | PA0002444878 |
| 7 | Info Hash: A2AD39B72922AD0A7D1250D7B917E88822B7E56D<br>File Hash:<br>E43EF625F4AEDC3B6A6587025E0128CB91A9CB6D0326D47A5B8EE04C5FE5E385 | 05/08/2024 00:46:02 | Tushy | 02/25/2024 | 03/12/2024 | PA0002459336 |
| 8 | Info Hash: 98E6981E5667CEC3B1CEDDF50F0386C99586E926<br>File Hash:<br>68EBC44D02A1B333F54F3373D2D9C9FDC28B4249BC81D7158DD549B405739546 | 05/08/2024 00:44:21 | Tushy | 04/07/2024 | 04/12/2024 | PA0002465210 |
| 9 | Info Hash: 97830606338EED41B6498E6B54D9C3F0E43C04EB<br>File Hash:<br>D0AD2B54F82E64BE143DE95BEB6E6D83A15FB14F43CA889D6354E88D6263CF1A | 05/08/2024 00:39:56 | Slayed | 12/26/2023 | 01/16/2024 | PA0002453475 |
| 10 | Info Hash: 2AD63A23BFF7C64BE2CF93020739893D683F5F5B<br>File Hash:<br>86A858EB7D6381D58C94A9AA5EB6300A734793EAC8A01339650F265FAB1A3347 | 05/08/2024 00:26:34 | Tushy | 04/21/2024 | 05/08/2024 | PA0002470013 |
| 11 | Info Hash: F7E6ED2CE4BA6DBD1A78D238427C029417C518A3<br>File Hash:<br>90FFF43303B3F61AA05E3F5814BC6FCD2E40B532A3B312BBDF8CAE42D652D252 | 05/08/2024 00:12:01 | Tushy | 03/17/2024 | 04/12/2024 | PA0002465212 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 58D2BC0CAC2AD74889B66B65F44CFAAACD9304C9<br>File Hash:<br>44562C826F76A367BA3E6F7AB72A9238E42902F63B81FC242DB9B228EC9341B1 | 05/05/2024<br>03:56:14 | Slayed | 11/08/2022 | 11/24/2022 | PA0002389330 |
| 13 | Info Hash: 29745646DFE6A8635108D2DFEE1B1AD65131F404<br>File Hash:<br>7AFA569A7626562E8088512127240AA379E5A842D62477AF676B14DDDF0E97E1 | 05/05/2024<br>03:53:40 | Slayed | 01/09/2024 | 03/15/2024 | PA0002461470 |
| 14 | Info Hash: 773375756E29F48AD83D332B2587CF1C7DA1BA71<br>File Hash:<br>75B315AAF9137542699E7C4BD95EAA8DDA3BAFBAD2DA297594F94B59E35219D9 | 05/05/2024<br>03:50:30 | Vixen | 08/14/2020 | 08/31/2020 | PA0002265636 |
| 15 | Info Hash: 0E2FE82A01E154C3A17CBD43043471CFD087A135<br>File Hash:<br>F753EC07BE89C3E543FB2F7BC5BAE43CDF93E8F48DDE6479E7E574EEEE565F9D | 05/05/2024<br>03:48:02 | Milfy | 02/07/2024 | 03/15/2024 | PA0002461447 |
| 16 | Info Hash: C01BA7F3CE9848F9573FE9073FFC1EEDBFF18F7A<br>File Hash:<br>4CD921484199DB92B5C313F1FBB1CEADF332AFAD4260387B678B78D8F4068C94 | 05/05/2024<br>03:22:27 | Blacked | 06/24/2023 | 07/13/2023 | PA0002420341 |
| 17 | Info Hash: B0AD11AD709F0B4FB56E60E5F89DA35F5C63389C<br>File Hash:<br>0F77B9F28137EE53071CA80F1020612B09AE1BA09763A78AAB75998DD6F35231 | 05/05/2024<br>03:22:25 | Blacked | 03/29/2024 | 04/10/2024 | PA0002464918 |
| 18 | Info Hash: 77CE14821778B8CF4617281B5D70AE0C2522ED95<br>File Hash:<br>8A13A4F53614F9BE2469E8CBA201F6FB39FFBE1BE23677A85BD7E729CDD5F067 | 05/05/2024<br>03:13:14 | Blacked Raw | 11/27/2023 | 12/12/2023 | PA0002445178 |
| 19 | Info Hash: 0A98B32BB2CAC1FFD2FB5298EBAA3B80A4B4177E<br>File Hash:<br>070A62FD0360109969F5C9C658F574ECB40CAA119C42300C1BC258D35B7A7C0A | 05/05/2024<br>03:13:09 | Blacked | 03/09/2024 | 04/10/2024 | PA0002464914 |
| 20 | Info Hash: 0E0BFF0170E7AC163F857834C2B9D0B87E600814<br>File Hash:<br>62F479A14A4B566FE9E17388A88C80A5F643E764DCD2EE6DDB1743D5FE5CA010 | 03/16/2024<br>14:39:47 | Blacked | 02/10/2024 | 03/11/2024 | PA0002459130 |
| 21 | Info Hash: A32BDCA457BA20D753D8D73F590AB36A02AB47C9<br>File Hash:<br>89AD53A898BD4DA272F1B32DC0091115520DCAA733499FA0C7419BA273DEB765 | 02/18/2024<br>15:12:16 | Blacked | 01/20/2024 | 02/13/2024 | PA0002454784 |
| 22 | Info Hash: 403B03569521F7E9B8D43CBB7770046B264E432C<br>File Hash:<br>22D83F46CC370B7AC25A7A4FCDCFF542D2EF90B698AB29C741A27F19D0AA100A | 02/18/2024<br>15:12:15 | Blacked | 01/06/2024 | 01/16/2024 | PA0002449249 |
| 23 | Info Hash: D5B90D45681C50DD77A2C367E42F22356CA0CBCB<br>File Hash:<br>6F4B1FC425EF82511CDAFC1CCEB20014D7D623D947FF826934E196284408B777 | 03/13/2023<br>23:44:17 | Blacked | 03/04/2023 | 04/07/2023 | PA0002405754 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 13CD0616F83B8E777A0E8F192A465CA4A738DF69<br>File Hash:<br>4B37B63C1C7F6050DB8B6E9C3B21D34395330064E89F0503EFD2C9509FF2DD7A | 03/13/2023<br>02:47:14 | Blacked Raw | 12/28/2018 | 02/02/2019 | PA0002155006 |
| 25 | Info Hash: A69CFD12CD8781FE5C648DD86E14DCE729F90D65<br>File Hash:<br>56D3EBD1B25C8FB12E0089C9F2477ECFB7CB0E7B0CE59A7DC3CEC4B9BCA5FCF7 | 03/13/2023<br>01:44:24 | Tushy | 10/18/2020 | 11/05/2020 | PA0002263388 |