**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By:    John C. Atkin, Esq.
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel: (973) 314-8010 / Fax: (833) 693-1201
JAtkin@AtkinFirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE subscriber assigned IP address 74.102.72.115, <br><br> Defendant. | Case No. 2:24-cv-10759-EP-JRA <br><br> **[PROPOSED] ORDER** |

**THIS MATTER** having been opened to the Court by John C. Atkin, Esq., on behalf of Plaintiff Strike 3 Holdings, LLC ("Plaintiff"), on a Motion for an extension of time within which to effectuate service of process in this matter, pursuant to Federal Rule of Civil Procedure 4(m); it appearing that Defendant John Doe subscriber assigned IP address 74.102.72.115 ("Defendant") has not yet been served in this matter; the Court having considered Plaintiff's written submissions in connection with the motion pursuant to Federal Rule of Civil Procedure 78, and for good cause shown,

**IT IS** on this _____ day of _____, 2025,

**ORDERED** that Plaintiff's motion [ECF No. 7] is GRANTED; and

**IT IS FURTHER ORDERED** that Plaintiff's time to effectuate service of process on Defendant is extended to May 3, 2025.

By: _____
       The Honorable Jose R. Almonte
       United States Magistrate Judge

☐    Opposed
☐    Unopposed